Order Filed on November 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### CAMDEN

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

-------------------------------------------------------X
| | |
|---|---|
| **In re:** | : Chapter 13 |
| | : |
| **Shirley Simpson,** | : Case No. 24-20498 |
| | : |
| | : Hearing Date:  November 19, 2024  at 10:00 A.M. |
| | : |
| | :  Judge: ABA |

-------------------------------------------------------X

## ORDER CONTINUING/EXTENDING AND / OR IMPOSING THE AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 19, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors:  Shirley Simpson
Case no.:  **24-20498**
Page 2 of 2

      **THIS MATTER** having been opened to the Court by Thomas G. Egner, Esquire, attorney for the debtors herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof it is hereby;

      **ORDERED** that the Automatic Stay be and hereby is extended and/or imposed in the instant case as against all creditors for the duration of this Chapter 13 case or until further order of the Court.