# GENERAL DURABLE POWER OF ATTORNEY

## NEW JERSEY GENERAL DURABLE POWER OF ATTORNEY

### NOTICE TO PRINCIPAL

THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY WHICH MAY INCLUDE POWERS TO SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU.

WHEN YOUR AGENT EXERCISES THE GRANTED POWERS, THEY MUST USE DUE CARE TO ACT FOR YOUR BENEFIT AND IN ACCORDANCE WITH THIS POWER OF ATTORNEY.

YOUR AGENT MAY EXERCISE THE POWERS GIVEN HERE DURING YOUR LIFETIME, EVEN AFTER YOU BECOME INCAPACITATED. YOU MAY EXPRESSLY LIMIT THE DURATION OF THESE POWERS, YOU MAY REVOKE THESE POWERS AT ANY TIME OR A COURT ACTING ON YOUR BEHALF MAY TERMINATE YOUR AGENT'S AUTHORITY IF IT FINDS THEY ARE NOT ACTING PROPERLY.

IF THERE IS ANYTHING ABOUT THIS DOCUMENT THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER OF YOUR OWN CHOOSING TO EXPLAIN IT TO YOU.

I HAVE READ OR HAD EXPLAINED TO ME THIS NOTICE AND I UNDERSTAND ITS CONTENTS.

DATE: 1-25-24                    _____, Principal
                                 SHIRLEY SIMPSON

                 PREPARED BY:   _____
                                 ROBERT BRAVERMAN, ESQ.

*Carlton Simpson*
Witness

McDOWELL LAW PC
46 West Main St
Maple Shade
NJ 08052

856-482-5544

# **DURABLE GENERAL POWER OF ATTORNEY**

I, SHIRLEY SIMPSON of Camden, New Jersey, hereby revoke any general power of attorney **(but not any Health Care Power of Attorney)** that I have heretofore given to any person, and appoint **CHAUNCEY SIMPSON JR.**, to be my true and lawful attorney-in-fact (hereinafter "Attorney"), and to exercise the powers set forth below.

I.  General Powers:    The following powers granted to my Attorney shall be effective immediately, and shall survive and not be affected by my future mental or physical incapacity, disability, or incompetence if such should occur.

    A.    To manage my affairs, handle my investments, arrange for the investment, reinvestment and disposition of funds, exercise all rights with respect to my investments, accept remittances of income and disburse the same, including authority to open bank accounts or purchase certificates in my name and to endorse any notes, checks, bills of exchange, letters of credit or other instruments for deposit therein or in any bank where I may at any time have money on deposit and sign checks covering withdrawals therefrom.

    B.  To demand, collect, and sue for, receive, receipt and release for any money, debts, or property of any kind, now or hereafter payable, due or deliverable to me (including but not limited to inheritances, and any pension, welfare, insurance, social security or other benefits due me), to pay or contest claims against me, to settle claims by compromise, arbitration or otherwise and to release claims.

    C.  To have access to any safe deposit box of mine in any bank, to open one in my name, and to remove therefrom any securities, papers or other articles.

    D.  To endorse and deliver certificates for transfer of bonds or other securities to be sold for my account and receive the proceeds of such sale.

    E.  To sign, execute, acknowledge and deliver on my behalf any deed of transfer or conveyance covering personal property or real estate wherever situated (including transfers or conveyances to any trust established by me), any discharge or release of mortgage held by me on real estate or any other instrument in writing.

    F.  To negotiate and execute leases, contracts of sale or exchange and option agreements concerning any property, real or personal, for such consideration and upon such terms (including terms as to credit) as determined, which leases, contracts and option agreements may extend beyond the duration of this power.

    G.    To subdivide, partition, improve, alter, repair, adjust boundaries of, manage, maintain and otherwise deal with any real estate, including power to demolish any building in whole or in part and to erect buildings.

    H.    To apply and re-apply for registration of any automobile or other property or



McDOWELL
LAW PC
46 West Main St
Maple Shade
NJ 08052

856-482-5544

business requiring licensure or registration.

    I. To exercise all securities holders' rights.

    J. To hold securities in bearer form or in the name of a nominee or nominees and to hold real estate in the name of a nominee or nominees.

    K. To borrow money from time to time in my name, and to give promissory notes or other obligations therefore, and to deposit as collateral, pledge as security for the payment thereof or mortgage any or all my securities, papers or other articles.

    L. To commence and prosecute or defend and/or compromise on any terms any claims, suits or actions, or other proceedings at law or in equity, present or future; to appear and plead for me before any courts or tribunals. This includes appearing before the bankruptcy Court, trustee or appearing for any related bankruptcy matters. Also, Agent is authorized to do the preparation, signing and filing of a bankruptcy petition and schedules and any related or necessary actions including providing documents and communications relevant to the bankruptcy case.

    M. To appear and plead for me before any governmental agency, authority, tribunal or office, in any matter present or future; to examine all records and receive all communications with reference thereto; to execute income and gift tax returns, waivers, claims for refund, or agreements of compromise, and all documents pertaining thereto; to receive all checks for refunds.

    N. To exercise any right which I may have to elect payment or benefit options, to terminate, to change beneficiaries or ownership, to assign rights, to borrow or receive cash value and to exercise any other rights under any of the following: (a) life insurance policies or benefits; (b) annuity policies, plans or benefits; and (c) all retirement plans, including, without limitation, individual retirement accounts, Roth IRA's, pension, profit sharing, stock bonus and (d) employee welfare plans and benefits -- provided, however, with respect to any policy or policies of life insurance which insures the life or lives of one or both of my said Attorneys and of which I am the owner, the Attorney or Attorneys whose life or lives are insured shall be excluded from the exercise of any incidents of ownership over such policy or policies.

    O. To expend or distribute income or principal of my estate for my support, education, care or benefit.

    P. To:

        1. To renounce and disclaim any interest otherwise passing to me by testate or intestate succession or by inter vivos transfer (including any right of survivorship incident to joint tenancy), to release my fiduciary power, to exercise or release my powers as a donee of a power of appointment;



M
McDOWELL
LAW PC
46 West Main St
Maple Shade
NJ 08052

856-482-5544

    2. To create revocable or irrevocable trusts for my benefit which may extend beyond my disability or life and to make additions to any existing trust for my benefit;

    3. To change my residence or domicile;

    4. To receive a payment of any kind, including a bequest, devise, gift or other transfer of real or personal property to me in my own right or as a fiduciary for another, and to give full receipt and acquittance therefor, or a refunding bond therefor, to approve accounts of any business, estate, trust, partnership or other transaction in which I may have any interest of any nature whatsoever, and to enter into any compromise and release regard thereto.

In exercising any such power, my Attorney (1) must first act to maintain me and my well-being; and (2) in exercising his or her judgment may consider my testamentary and inter vivos intentions insofar as they can be ascertained.

    Q. To conduct banking transactions as set forth in Section 2 of P.L. 1991, c. 95 (N.J.S.A. 46:2B-11), including, but not limited to, the powers to make, receive and endorse checks and drafts, deposit and withdraw funds, acquire and redeem certificates of deposit, in banks, savings and loan associations and other institutions, execute or release such deeds of trust or other security agreements as may be necessary or proper in the exercise of the rights and powers herein granted;

    R. To do, in addition, all other related acts or things whatsoever, and to exercise all other related powers on my behalf, whether or not referred to herein, as fully as though herein specifically expressed, which in the sole discretion of my said Attorney may be deemed advisable to be done for me and in my name, as fully and completely as I might or could do personally, giving and granting to my said Attorney for that purpose full and complete power and authority to have, use and take all lawful means in my name for the purposes aforesaid. The enumeration of the specific powers conferred herein shall not be deemed to exclude herein any other power, it being my purpose and intent to give my said Attorney power to do any and all related things on my behalf as fully as I could do myself.

II. <u>Miscellaneous Provisions</u>. The following additional provisions shall apply to this document:

    A. I nominate my said Attorney as conservator of my property of my person and estate in the event that conservatorship or guardianship proceedings are hereafter commenced by my said Attorney or by others; provided, however, that if one of them declines to act or otherwise fails to qualify, I nominate the other of them alone. This nomination shall not be construed as limiting the foregoing powers granted to my said Attorney or as requiring the appointment of a conservator or a guardian in the event of my subsequent disability or incapacity.

    B. Any person or organization (including any bank, trust company, savings bank, brokerage firm, or any other financial institution) dealing with my said Attorneys may rely fully on statements of fact certified by either of my said Attorneys, including, without limitation, any



46 West Main St
Maple Shade
NJ 08052

856-482-5544

such statements relating to their authority to act hereunder. No person or organization dealing with them shall be responsible for the application of any money or thing of value paid to them or for the carrying out of the provisions of this power of attorney.

C. If this document is revoked or amended for any reason, I, my estate, my heirs, successors and assigns will hold any person harmless from any loss suffered or liability incurred as a result of such person acting in good faith upon the instructions of my Attorney prior to the receipt by such person of actual notice of such revocation or amendment.

D. The powers conferred on my Attorney by this document may be exercised by my Attorney alone and my Attorney's signature or act under the authority granted in this document may be accepted by persons as fully authorized by me and with the same force and effect as if I were personally present, competent, and acting on my own behalf. Consequently, all acts lawfully done by my Attorney hereunder are done with my consent and shall have the same validity and effect as if I were personally present and personally exercised the powers myself, and shall inure to the benefit of and bind me, my estate, my heirs, successors, assigns and personal representatives.

E. My Attorney shall be entitled to reimbursement for all reasonable costs and expenses actually incurred and paid by my Attorney on my behalf under any provision of this document but my Attorney shall not be entitled to compensation for services rendered hereunder.

F. My Attorney shall be entitled to sign, execute, deliver and acknowledge any contract or other document that may be necessary, desirable, convenient or proper in order to exercise any of the powers described in this document and to incur reasonable costs in the exercise of any such powers. In addition, my Attorney shall render bills for all costs incurred in the exercise of the powers granted in this document (to the Attorney then serving under my Durable Power of Attorney/to the trustee of my revocable living trust).

G. I retain the right to revoke or amend this document and to substitute other Attorneys in your place. Amendments to this document shall be made in writing by me personally, and they shall be attached to the original of this document.

H. My Attorney and any alternate Attorney may resign by the execution of a written resignation delivered to me or, if I am mentally incapacitated, by delivery to either of the Attorney under my Durable Power of Attorney for Property, the trustee of my revocable trust or my personal representative, and absent such person then to any person with whom I am residing or who has the care and custody of me.

I. The incapacity of my Attorney or any alternate Attorney shall be deemed a resignation by such individual as Attorney or alternate Attorney as the case may be. For purposes of this paragraph, a person's incapacity shall be deemed to exist when the person's incapacity has been declared by a court of competent jurisdiction, or when a conservator for such person has been appointed, or upon presentation of a certificate executed by two (2) physicians licensed to practice in the state of such person's residence which states the physicians' opinion



McDOWELL
LAW PC
46 West Main St
Maple Shade
NJ 08052

856-482-5544

that the person is incapable of caring for himself or herself and is physically or mentally incapable of managing his or her personal or financial affairs. The effective date of such incapacity shall be the date of the decree adjudicating the incapacity, the date of the decree appointing the conservator, or the date of the physicians' certificate, as the case may be.

    J. If any part of any provision of this document shall be invalid or unenforceable under applicable law, such part shall be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of such provision or the remaining provisions of this document.

    K. My Attorney and my Attorney's estate, heirs, successors and assigns are hereby released and forever discharged by me, my estate, my heirs, successors and assigns from all liability and from all claims or demands of all kinds arising out of the acts or omissions of my Attorney, except for willful misconduct or gross negligence.

    L. My Attorney is authorized to make photocopies of this document as frequently and in such quantity as my Attorney shall deem appropriate. All photocopies shall have the same force and effect as any original.

    M. This power of attorney shall be binding on my heirs, executors and administrators and shall remain in force up to the time of the receipt by my said Attorneys of a written revocation signed by me. Questions pertaining to the validity, construction and administration of this Power of Attorney shall be determined in accordance with the laws of State of New Jersey.

III. <u>Alternate Attorney</u>. If **Chauncey Simpson Jr.** ceases to act as my Attorney due to death, incapacity or resignation, I hereby nominate and appoint, _____ as substitute Attorney.

    IN WITNESS WHEREOF, I have signed and sealed this Power of Attorney on this 25th day of January 2024.

_____
**SHIRLEY SIMPSON**, Principal

STATE OF NEW JERSEY)
                     : SS
COUNTY OF CAMDEN )

Before me, the undersigned, a Notary Public, personally appeared **SHIRLEY SIMPSON** known to me to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and Notarial Seal this 25th day of January, 2024.

_____
Notary Public of New Jersey
My Commission Expires:

Carlton Simpson
Witness

KATHLEEN BROCIOUS
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES JULY 31, 2024

McDOWELL LAW PC
46 West Main St
Maple Shade
NJ 08052
856-482-5544