**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

-----------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Shirley Simpson, | : | Case No. 24-20498 |
| | : | |
| Debtors | : | |

-----------------------------------------------------------------X

**CERTIFICATION IN SUPPORT OF MOTION TO PROSECUTE CASE AND CONDUCT**
**341(A) VIA POWER OF ATTORNEY**

I, **Chauncey Simpson, Jr.**, being of full age, certify the following:

1. I am the Power of Attorney for the debtor in the above referenced bankruptcy.

2. I reside at 5427 Burwood Avenue, Pennsauken, NJ 08109.

    I certify under the penalties of perjury that the factual allegations contained in the foregoing certification are true and correct to the best of my information and belief.

Date: December 31, 2024                                           BY: /s/ Chauncey Simpson, Jr.
                                                                                   Chauncey Simpson, Jr