**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**

Order Filed on January 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

-------------------------------------------------------------X
| | |
|---|---|
| **In re:** : | **Chapter 13** |
| : | |
| **Shirley J. Simpson,** : | **Case No. 24-20498** |
| : | |
| : | **Hearing Date:** January 28, 2025 at 10:00 A.M. |
| : | |
| : | **Judge:** Honorable Andrew B Altenburg, Jr. |
| **Debtor(s).** : | |

-------------------------------------------------------------X

## ORDER TO PROSECUTE CASE AND CONDUCT 341(A) MEETING
## VIA POWER OF ATTORNEY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 28, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors: Shirley Simpson
Case No.: 24-11039
Caption: Order to Conduct 341(a) Hearing via Power of Attorney
Page 2 of 2

**THIS MATTER** This matter having been opened to the Court upon application of the Debtor, Shirley Simpson, by and through her Attorney in Fact, Chauncey Simpson Jr., and for good cause shown;

**IT IS HEREBY ORDERED** that Chauncey Simpson, Jr., Attorney in Fact for the Debtor, may prosecute the within Chapter 13 case and;

**IT IS HEREBY ORDERED** that Chauncey Simpson, Jr., Attorney in Fact for the Debtor, may testify at the 341(a) Hearing for the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
Shirley Jane Simpson  
    Debtor

Case No. 24-20498-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jan 28, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shirley Jane Simpson, 5427 Burwood Ave., Pennsauken, NJ 08109-4705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michelle Banks-Spearman | on behalf of Creditor City of Camden mispearm@camdennj.gov NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us |
| Thomas G. Egner | on behalf of Debtor Shirley Jane Simpson tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 28, 2025 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6