Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  24−20498−ABA
          Chapter:  13
          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shirley Jane Simpson
   aka Shirley J. Simpson
   5427 Burwood Ave.
   Pennsauken, NJ 08109

Social Security No.:
   xxx−xx−6630

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 24, 2025.

Dated: April 24, 2025
JAN: cm

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Shirley Jane Simpson  
    Debtor

Case No. 24-20498-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Apr 24, 2025      Form ID: plncf13      Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shirley Jane Simpson, 5427 Burwood Ave., Pennsauken, NJ 08109-4705 |
| poa | + | Chauncey Simpson, Jr., 5427 Burwood Avenue, Pennsauken, NJ 08109-4705 |
| cr | | City of Camden, City Attorney, City Hall, 4th Floor, Suite 419, Camden, NJ 08101-5120 |
| 520432320 | + | AristaCare, 1399 Chapel Ave., Cherry Hill, NJ 08002-2233 |
| 520432324 | | City of Camden, Office of the City Attorney, Attn: Michelle Banks-Spearman, Esq., PO Box 95120 - Suite 419, Camden, NJ 08101-5120 |
| 520432325 | + | Comian XII Tax Lien Fund, LLC, 1640 Nixon Dr., Suite 293, Moorestown, NJ 08057-2675 |
| 520432326 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 520432329 | + | FIG 20, LLC FBO SEC PTY, PO Box 12225, Newark, NJ 07101-3411 |
| 520432330 | | FIG CUST FIG NJ19, LLC, PO BOX 54226, New Orleans, LA 70154-4226 |
| 520432331 | + | Gem Ambulance LLC, PO Box 5, Lakewood, NJ 08701-0005 |
| 520432336 | | McCalla Raymer Leibert Pierce, LLC., Attn: Laura M. Egerman, Esq., 485 Route 1 South Bldg F, Suite 300, Iselin, NJ 08830 |
| 520432342 | + | Pro Cap 8 FBO Firstrust Bank, Attn.: Shannon Burrini, Esq., 2500 McClellan Ave., Suite 200, Pennsauken, NJ 08109-4613 |
| 520432343 | + | Pro Capital, LLC, Attn: Shannon Burrini, Esq., 2500 McClellan Ave., Suite 200, Pennsauken, NJ 08109-4613 |
| 520432347 | + | Saiber LLC, Attn: John M. August, Esq., 18 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2266 |
| 520432351 | + | US Bank Cust PC7 Firstrust Bank, 50 South 16th St., Suite 2050, Philadelphia, PA 19102-2516 |
| 520432352 | + | US Bank Cust/Pro Cap III, LLC, 50 S 16th St., Suite 1950, Philadelphia, PA 19102-2516 |
| 520432355 | + | Virtua Medical Group PA, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 520432356 | | Vitae Health of Illinois LLC, 415 W Golf Road, Suite 26, Arlington Heights, IL 60005-3923 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: law@ci.camden.nj.us | Apr 24 2025 20:45:00 | Michelle Banks-Spearman, City of Camden, City Hall, 520 Market Street, Suite 419, Camden, NJ 08102-1300 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 24 2025 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 24 2025 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520432322 | | Email/Text: Donna@ccmua.org | Apr 24 2025 20:45:00 | CCMUA, 1645 Ferry Ave, Camden, NJ 08104 |
| 520432321 | | Email/Text: Donna@ccmua.org | Apr 24 2025 20:45:00 | CCMUA, 1645 Ferry Street, Camden, NJ 08104 |
| 520438929 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 24 2025 21:05:26 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520432323 | + | Email/Text: law@ci.camden.nj.us | Apr 24 2025 20:45:00 | City of Camden, Water & Sewer, c/o Office of City Attorney, 520 Market St. - Suite 419, Camden, NJ 08102-1300 |
| 520432327 | | Email/Text: bankruptcycourts@equifax.com | Apr 24 2025 20:45:00 | Equifax Information Services, PO Box 740241, |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| | | | Atlanta, GA 30348 |
| 520432328 | ^ MEBN | Apr 24 2025 20:42:55 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520432332 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2025 20:45:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520432333 | ^ MEBN | Apr 24 2025 20:44:34 | KML Law Group, P.C., Attn: Denise E. Carlon, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520432334 | ^ MEBN | Apr 24 2025 20:43:15 | Lakeview Loan Servicing, LLC, c/o M&T Bank, Po Box 840, Buffalo, NY 14240-0840 |
| 520432335 | Email/Text: camanagement@mtb.com | Apr 24 2025 20:45:00 | M&T Bank, P.O. 840, Buffalo, NY 14240-0840 |
| 520499056 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2025 20:46:00 | Midland Credit Management, Inc. as agent for Midl, PO Box 2037, Warren, MI 48090-2037 |
| 520432337 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2025 20:46:00 | Midland Credit Management. Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520432338 | + Email/PDF: cbp@omf.com | Apr 24 2025 20:54:46 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 520432340 | + Email/Text: BKEBN-Notifications@ocwen.com | Apr 24 2025 20:44:00 | PHH Mortgage Corporation, Attn: Bankruptcy Dept., PO Box 24605, West Palm Beach, FL 33416-4605 |
| 520480820 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2025 21:07:15 | Portfolio Recovery Associates, LLC, c/o Onemain Financial Group, LLC, POB 41067, Norfolk VA 23541 |
| 520432341 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2025 20:54:20 | Portfolio Recovery Associates, LLC, c/o PC Richard, PO Box 41067, Norfolk, VA 23502 |
| 520432344 | ^ MEBN | Apr 24 2025 20:44:11 | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark, NJ 07101-0709 |
| 520432339 | + Email/Text: joey@rmscollect.com | Apr 24 2025 20:46:00 | Patients First, c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 520432345 | + Email/Text: joey@rmscollect.com | Apr 24 2025 20:46:00 | Receivable Management Systems, Attn: Bankruptcy, Po Box 73810, N Chesterfield, VA 23235-8047 |
| 520432346 | + Email/Text: RASEBN@raslg.com | Apr 24 2025 20:44:00 | Robertson, Anschutz, Schneid & Crane LLC, Attn: Kimberly Wilson, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520432348 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 24 2025 20:44:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520432349 | Email/Text: tax@pennsauken.gov | Apr 24 2025 20:44:00 | Township of Pennsauken, Attn: Tax Office, 5605 N. Crescent Blvd, Pennsauken, NJ 08110 |
| 520432350 | ^ MEBN | Apr 24 2025 20:43:10 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 520436400 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 24 2025 21:05:44 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520432353 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 24 2025 21:05:44 | US Department of HUD, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520432354 | ^ MEBN | Apr 24 2025 20:44:08 | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 29

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: plncf13 | Total Noticed: 47 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520497789 | * | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520450346 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michelle Banks-Spearman | on behalf of Creditor City of Camden mispearm@camdennj.gov NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us |
| Thomas G. Egner | on behalf of Debtor Shirley Jane Simpson tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6