| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Lakeview Loan Servicing, LLC | |
| In Re:<br><br>Shirley Jane Simpson,<br><br>Debtor | Case No.:  24-20498-ABA<br><br>Chapter:  13<br><br>Hearing Date:  06/10/2025<br><br>Judge:  Altenburg |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Motion for Relief from Stay re: 5427 Burnwood Avenue (Docket # 38)

Date: 06/08/2025                           /s/ Denise Carlon
                                          Signature

*rev.8/1/15*