UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esq.

McDowell Law, PC

46 West Main St.

Maple Shade, NJ 08052

Phone: 856-482-5544 / Fax: 856-482-5511

tegner@mcdowelllegal.com

In Re:

  Shirley Jane Simpson,

                              Debtor.

**Order Filed on July 31, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    24-20498-ABA

Chapter:        13

Judge:         Altenburg

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 31, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas G. Egner_____, the applicant, is allowed a fee of $ _____415.00_____ for services rendered and expenses in the amount of $_____4.80_____ for a total of $_____419.80_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,186.00_____ per month for  50 remaining  months to allow for payment of the above fee.

*rev.8/1/15*