Printed on: 12/31/2025  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 24-20498 (ABA)

Shirley Jane Simpson  
5427 Burwood Avenue  
Pennsauken, NJ  08109

Monthly Payment: $1,186.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2025 | $1,083.00 | 02/12/2025 | $1,082.15 | 04/03/2025 | $1,082.15 | 04/03/2025 | $1,082.15 |
| 06/06/2025 | $100.00 | 06/06/2025 | $1,081.00 | 07/09/2025 | $1,182.15 | 08/05/2025 | $1,082.15 |
| 10/09/2025 | $1,185.00 | 12/29/2025 | $1,184.00 | 12/29/2025 | $1,184.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | SHIRLEY JANE SIMPSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,750.00 | $4,750.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $419.80 | $419.80 | $0.00 | $0.00 |
| 1 | ARISTACARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAMDEN COUNTY MUA | 24 | $1,590.94 | $257.00 | $1,333.94 | $0.00 |
| 3 | CAMDEN COUNTY MUA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CITY OF CAMDEN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CITY OF CAMDEN | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | COMIAN XII TAX LIEN FUND, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | EQUIFAX INFORMATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | FIG 20, LLC FBO SEC PTY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | FIG CUST FIG NJ19, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | GEM AMBULANCE LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DEPARTMENT OF THE TREASURY | 28 | $2,464.19 | $0.00 | $2,464.19 | $0.00 |
| 14 | KML LAW GROUP, P.C. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | M & T BANK | 24 | $18,954.39 | $3,061.88 | $15,892.51 | $0.00 |
| 16 | M & T BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MCCALLA RAYMER LEIBERT PIERCE, LLC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MIDLAND CREDIT MANAGEMENT. INC. | 33 | $1,832.88 | $0.00 | $1,832.88 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $14,036.56 | $0.00 | $14,036.56 | $0.00 |
| 20 | PHH MORTGAGE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PSE&G | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PATIENTS FIRST | 33 | $1,284.40 | $0.00 | $1,284.40 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | PRO CAP 8 FBO FIRSTRUST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | PRO CAPITAL, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | RECEIVABLE MANAGEMENT SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | SAIBER LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | STATE OF NEW JERSEY | 33 | $5,199.41 | $0.00 | $5,199.41 | $0.00 |
| 30 | TOWNSHIP OF PENNSAUKEN | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | US BANK CUST PC7 FIRSTRUST BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | US BANK CUST/PRO CAP III, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | VIRTUA HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | VIRTUA MEDICAL GROUP PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | VITAE HEALTH OF ILLINOIS LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | CITY OF CAMDEN WATER & SEWER | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,620.43 | $0.00 | $3,620.43 | $0.00 |
| 43 | DEPARTMENT OF THE TREASURY | 33 | $609.45 | $0.00 | $609.45 | $0.00 |
| 44 | M & T BANK | 13 | $549.00 | $549.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2024 | 10.00 | $0.00 |
| 09/01/2025 | Paid to Date | $8,856.90 |
| 10/01/2025 | 49.00 | $1,186.00 |
| 11/01/2029 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $11,327.75 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $2,131.20 |
| Arrearages: | $5.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**