UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

| In Re: | | |
|---|---|---|
| Shirley Jane Simpson, | Case No.: | 24-20498-ABA |
| | Chapter: | 13 |
| Debtor. | Hearing Date: | 02/17/2026 |
| | Judge: | Altenburg |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 47)

Date: 02/12/2026            /s/ Denise Carlon
                            Signature

*rev.8/1/15*