UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esq.
McDowell Law, PC
46 West Main St.
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
tegner@McDowellLegal.com

Order Filed on March 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Shirley L. Simpson

                    Debtor.

Case No.:        24-20498

Chapter:            13

Judge:             ABA

## ORDER AUTHORIZING RETENTION OF

Nicole Snyderman, Realtor

The relief set forth on the following page is **ORDERED**.

**DATED: March 24, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____ Nicole Snyderman _____

as _____ Realtor _____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:    Berkshire Hathaway Home Services, Fox & Roach Realtors

   7000 Lincoln Drive, Suite 106

   Marlton, NJ 08053

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2