UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 24-20498 |
| Shirley L. Simpson | Chapter: | 13 |
| | Judge: | ABA |

### NOTICE OF PROPOSED PRIVATE SALE

_____Shirley L. Simpson_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | US Bankruptcy Court |
| | 401 Market Street |
| | Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, USBJ__ on _____April 28, 2026_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, _____401 Market Street, Camden, NJ 08101_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 5427 Burwood Avenue |
| | Pennsauken, NJ 08109 |

| Proposed Purchaser: | Alyssa Nestoras |

| Sale price: | $245,000.00 |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Nicole Snyderman, Realtor |
| Amount to be paid: | up to 5.00 % of sales price of $225,000.00 + $395 (may be split w/buyers agent per contract) |
| Services rendered: | Realtor: List, market and assist seller through closing |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:                Thomas G. Egner, Esquire, McDowell Law, PC

Address:             46 West Main Street, Maple Shade, NJ 08052

Telephone No.:   856-482-5544

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 24-20498-ABA

Shirley Jane Simpson                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                   Page 1 of 3

Date Rcvd: Mar 27, 2026                     Form ID: pdf905                                Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shirley Jane Simpson, 5427 Burwood Ave., Pennsauken, NJ 08109-4705 |
| poa | + | Chauncey Simpson, Jr., 5427 Burwood Avenue, Pennsauken, NJ 08109-4705 |
| cr | | City of Camden, City Attorney, City Hall, 4th Floor, Suite 419, Camden, NJ 08101-5120 |
| r | + | Nicole Snyderman, BHHS Fox & Roach, 7000 Lincoln Drive, Suite 106, Marlton, NJ 08053-1501 |
| 520432320 | + | AristaCare, 1399 Chapel Ave., Cherry Hill, NJ 08002-2233 |
| 520432324 | | City of Camden, Office of the City Attorney, Attn: Michelle Banks-Spearman, Esq., PO Box 95120 - Suite 419, Camden, NJ 08101-5120 |
| 520432325 | + | Comian XII Tax Lien Fund, LLC, 1640 Nixon Dr., Suite 293, Moorestown, NJ 08057-2675 |
| 520432326 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 520432330 | | FIG CUST FIG NJ19, LLC, PO BOX 54226, New Orleans, LA 70154-4226 |
| 520432331 | + | Gem Ambulance LLC, PO Box 5, Lakewood, NJ 08701-0005 |
| 520432336 | | McCalla Raymer Leibert Pierce, LLC., Attn: Laura M. Egerman, Esq., 485 Route 1 South Bldg F, Suite 300, Iselin, NJ 08830 |
| 520432343 | + | Pro Capital, LLC, Attn: Shannon Burrini, Esq., 2500 McClellan Ave., Suite 200, Pennsauken, NJ 08109-4613 |
| 520432347 | #+ | Saiber LLC, Attn: John M. August, Esq., 18 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2266 |
| 520432351 | + | US Bank Cust PC7 Firstrust Bank, 50 South 16th St., Suite 2050, Philadelphia, PA 19102-2516 |
| 520432352 | + | US Bank Cust/Pro Cap III, LLC, 50 S 16th St., Suite 1950, Philadelphia, PA 19102-2516 |
| 520436400 | ++ | US DEPT OF HOUSING AND URBAN DEVELOPMENT REG II, OFFICE OF GENERAL COUNSEL, 26 FEDERAL PLAZA ROOM 3500, NEW YORK NY 10278-0068 address filed with court:, U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520432353 | ++ | US DEPT OF HOUSING AND URBAN DEVELOPMENT REG II, OFFICE OF GENERAL COUNSEL, 26 FEDERAL PLAZA ROOM 3500, NEW YORK NY 10278-0068 address filed with court:, US Department of HUD, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520432355 | + | Virtua Medical Group PA, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 520432356 | | Vitae Health of Illinois LLC, 415 W Golf Road, Suite 26, Arlington Heights, IL 60005-3923 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: law@ci.camden.nj.us | Mar 27 2026 21:54:00 | Michelle Banks-Spearman, City of Camden, City Hall, 520 Market Street, Suite 419, Camden, NJ 08102-1300 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 27 2026 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 27 2026 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520432321 | | Email/Text: Donna@ccmua.org | Mar 27 2026 21:54:00 | CCMUA, 1645 Ferry Street, Camden, NJ 08104 |
| 520432322 | | Email/Text: Donna@ccmua.org | Mar 27 2026 21:54:00 | CCMUA, 1645 Ferry Ave, Camden, NJ 08104 |
| 520438929 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2026 22:05:21 | Capital One Auto Finance, a division of, AIS |

| | | | | |
|---|---|---|---|---|
| | | | | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520432323 | + | Email/Text: law@ci.camden.nj.us | Mar 27 2026 21:54:00 | City of Camden, Water & Sewer, c/o Office of City Attorney, 520 Market St. - Suite 419, Camden, NJ 08102-1300 |
| 520432327 | | Email/Text: bankruptcycourts@equifax.com | Mar 27 2026 21:54:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 520432328 | ^ | MEBN | Mar 27 2026 21:51:10 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520432329 | + | Email/Text: ar@figadvisors.com | Mar 27 2026 21:55:00 | FIG 20, LLC FBO SEC PTY, PO Box 12225, Newark, NJ 07101-3411 |
| 520432332 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2026 21:54:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520432333 | ^ | MEBN | Mar 27 2026 21:55:48 | KML Law Group, P.C., Attn: Denise E. Carlon, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520432334 | ^ | MEBN | Mar 27 2026 21:52:13 | Lakeview Loan Servicing, LLC, c/o M&T Bank, Po Box 840, Buffalo, NY 14240-0840 |
| 520432335 | | Email/Text: camanagement@mtb.com | Mar 27 2026 21:54:00 | M&T Bank, P.O. 840, Buffalo, NY 14240-0840 |
| 520499056 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2026 21:54:00 | Midland Credit Management, Inc. as agent for Midl, PO Box 2037, Warren, MI 48090-2037 |
| 520432337 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2026 21:54:00 | Midland Credit Management. Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520432338 | + | Email/PDF: cbp@omf.com | Mar 27 2026 22:05:28 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 520432340 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 27 2026 21:53:00 | PHH Mortgage Corporation, Attn: Bankruptcy Dept., PO Box 24605, West Palm Beach, FL 33416-4605 |
| 520480820 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2026 22:05:22 | Portfolio Recovery Associates, LLC, c/o Onemain Financial Group, LLC, POB 41067, Norfolk VA 23541 |
| 520432341 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2026 22:05:33 | Portfolio Recovery Associates, LLC, c/o PC Richard, PO Box 41067, Norfolk, VA 23502 |
| 520432344 | ^ | MEBN | Mar 27 2026 21:55:24 | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark, NJ 07101-0709 |
| 520432339 | + | Email/Text: joey@rmscollect.com | Mar 27 2026 21:55:00 | Patients First, c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 520432342 | ^ | MEBN | Mar 27 2026 21:53:16 | Pro Cap 8 FBO Firstrust Bank, Attn.: Shannon Burrini, Esq., 2500 McClellan Ave., Suite 200, Pennsauken, NJ 08109-4613 |
| 520432345 | + | Email/Text: joey@rmscollect.com | Mar 27 2026 21:55:00 | Receivable Management Systems, Attn: Bankruptcy, Po Box 73810, N Chesterfield, VA 23235-8047 |
| 520432346 | + | Email/Text: RASEBN@raslg.com | Mar 27 2026 21:53:00 | Robertson, Anschutz, Schneid & Crane LLC, Attn: Kimberly Wilson, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520432348 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 27 2026 21:53:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520432349 | | Email/Text: tax@pennsauken.gov | Mar 27 2026 21:53:00 | Township of Pennsauken, Attn: Tax Office, 5605 N. Crescent Blvd, Pennsauken, NJ 08110 |
| 520432350 | ^ | MEBN | Mar 27 2026 21:51:50 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

District/off: 0312-1                     User: admin                              Page 3 of 3
Date Rcvd: Mar 27, 2026                  Form ID: pdf905                          Total Noticed: 48

520432354            ^   MEBN

                                    Mar 27 2026 21:56:54    Virtua Health, PO Box 71430, Philadelphia, PA
                                                            19176-1426

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520497789 | * | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520450346 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026                       Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michelle Banks-Spearman | on behalf of Creditor City of Camden mispearm@camdennj.gov NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us |
| Thomas G. Egner | on behalf of Debtor Shirley Jane Simpson tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6