Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24–20498–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Shirley Jane Simpson
aka Shirley J. Simpson
5427 Burwood Ave.
Pennsauken, NJ 08109

Social Security No.:
xxx–xx–6630

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                May 19, 2026
Time:                10:00 AM
Location:           Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*64* – Certification in Opposition to (related document:63 Creditor's Certification of Default (related document:53 Order (Generic)) filed by Matthew K. Fissel on behalf of LAKEVIEW LOAN SERVICING, LLC. Objection deadline is 04/28/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor LAKEVIEW LOAN SERVICING, LLC) filed by Thomas G. Egner on behalf of Shirley Jane Simpson. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

and transact such other business as may properly come before the meeting.

Dated: April 22, 2026
JAN: kvr

Jeanne Naughton
Clerk