Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24–20498–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shirley Jane Simpson
   aka Shirley J. Simpson
   5427 Burwood Ave.
   Pennsauken, NJ 08109

Social Security No.:
   xxx–xx–6630

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

        I  Jerome Davis , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

5427 Burwood Avenue
Pennsauken, NJ 08109

Dated: April 23, 2026
JAN: jgd

                                        Jeanne Naughton
                                        Clerk