Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24–20498–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Shirley Jane Simpson
aka Shirley J. Simpson
5427 Burwood Ave.
Pennsauken, NJ 08109

Social Security No.:
   xxx–xx–6630

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                May 19, 2026
Time:                  10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*64* – Certification in Opposition to (related document:63 Creditor's Certification of Default (related document:53 Order (Generic)) filed by Matthew K. Fissel on behalf of LAKEVIEW LOAN SERVICING, LLC. Objection deadline is 04/28/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor LAKEVIEW LOAN SERVICING, LLC) filed by Thomas G. Egner on behalf of Shirley Jane Simpson. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

and transact such other business as may properly come before the meeting.

Dated: April 22, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 24-20498-ABA

Shirley Jane Simpson                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                           Page 1 of 2

Date Rcvd: Apr 22, 2026                Form ID: 173                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shirley Jane Simpson, 5427 Burwood Ave., Pennsauken, NJ 08109-4705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026                        Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michelle Banks-Spearman | on behalf of Creditor City of Camden mispearm@camdennj.gov NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us |
| Thomas G. Egner | on behalf of Debtor Shirley Jane Simpson tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com |

District/off: 0312-1                          User: admin                                    Page 2 of 2

Date Rcvd: Apr 22, 2026                       Form ID: 173                                   Total Noticed: 1

U.S. Trustee

            USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6