UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esquire

McDowell Law, PC

46 West Main Street

Maple Shade, NJ 08052

(856) 482-5544

Attorneys for Debtor

**Order Filed on May 1, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Shirley L. Simpson

                Debtors.

| | |
|---|---|
| Case No.: | 24-20498 |
| Hearing Date: | 4/28/2026 |
| Chapter: | 13 |
| Judge: | ABA |

**AMENDED ORDER
AUTHORIZING SALE OF
REAL PROPERTY**

Recommended Local Form:   ☒  Followed      ☐  Modified

The relief set forth on the following pages numbered two (2) and three (3), is
**ORDERED**.

**DATED: May 1, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____5427 Burwood Avenue, Pennsauken_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1.  The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2.  The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3.  ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Nicole Snyderman, Realtor |
| Amount to be paid: | up to 5.00 % of sales price of $255,000.00 + $395 (may be split w/buyers agent per contract) |
| Services rendered: | Realtor: List, market and assist seller through closing |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4.  Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $___27,900.00___ claimed as exempt may be paid to the Debtor.

6.  The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8.  ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

1.  If the proceeds are not sufficient to pay off the Chapter 13 Case, Debtor shall file a modified plan and amend Schedule J within 21 days of closing.
2.  The 14 day stay of effectiveness of this Order under Bankruptcy Rule 6004(h) is waived. The 14 day stay of effectiveness of this Order under Bankruptcy Rule 8002(a)(1). All appeals on this matter are hereby waived.  The Order Authorizing the sale shall be effective upon its entry.
3.  Any Creditor's liens shall be paid in full from the closing proceeds, pursuant to a proper payoff quote obtained prior to and good through the closing date.
4.  Any tax liens shall be paid in full from the closing proceeds, pursuant to a proper payoff quote obtained prior to and good through the closing date.
5.  The sale of the subject property shall closing within ninety (90) days from entry of the Order Authorizing Sale.

*rev.1/12/22*

3

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 24-20498-ABA

Shirley Jane Simpson                                                          Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                  Page 1 of 2

Date Rcvd: May 01, 2026                 Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

**Recip ID              Recipient Name and Address**
db                   +  Shirley Jane Simpson, 5427 Burwood Ave., Pennsauken, NJ 08109-4705

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

**Name                          Email Address**

Andrew B Finberg
                                courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
                                on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Matthew K. Fissel
                                on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Michelle Banks-Spearman
                                on behalf of Creditor City of Camden mispearm@camdennj.gov
                                NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us

Thomas G. Egner
                                on behalf of Debtor Shirley Jane Simpson tegner@mcdowelllegal.com
                                tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcd
                                owelllegal.com;egnertr62202@notify.bestcase.com

District/off: 0312-1                       User: admin                                   Page 2 of 2
Date Rcvd: May 01, 2026                     Form ID: pdf903                              Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6