Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−20498−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shirley Jane Simpson
   aka Shirley J. Simpson
   5427 Burwood Ave.
   Pennsauken, NJ 08109

Social Security No.:
   xxx−xx−6630

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:          6/25/26
Time:          02:00 PM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Thomas G. Egner, Debtor's Attorney, period: 1/13/2026 to 5/21/2026

COMMISSION OR FEES
fee: $1,155.00

EXPENSES
$385.54

If this is a chapter 13 case, the fees and expenses awarded:

☑       will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☐       will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 22, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-20498-ABA |
| Shirley Jane Simpson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 22, 2026 | Form ID: 137 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shirley Jane Simpson, 5427 Burwood Ave., Pennsauken, NJ 08109-4705 |
| poa | + | Chauncey Simpson, Jr., 5427 Burwood Avenue, Pennsauken, NJ 08109-4705 |
| cr | | City of Camden, City Attorney, City Hall, 4th Floor, Suite 419, Camden, NJ 08101-5120 |
| r | + | Nicole Snyderman, BHHS Fox & Roach, 7000 Lincoln Drive, Suite 106, Marlton, NJ 08053-1501 |
| 520432320 | + | AristaCare, 1399 Chapel Ave., Cherry Hill, NJ 08002-2233 |
| 520432324 | | City of Camden, Office of the City Attorney, Attn: Michelle Banks-Spearman, Esq., PO Box 95120 - Suite 419, Camden, NJ 08101-5120 |
| 520432325 | + | Comian XII Tax Lien Fund, LLC, 1640 Nixon Dr., Suite 293, Moorestown, NJ 08057-2675 |
| 520432326 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 520432330 | | FIG CUST FIG NJ19, LLC, PO BOX 54226, New Orleans, LA 70154-4226 |
| 520432331 | + | Gem Ambulance LLC, PO Box 5, Lakewood, NJ 08701-0005 |
| 520432336 | | McCalla Raymer Leibert Pierce, LLC., Attn: Laura M. Egerman, Esq., 485 Route 1 South Bldg F, Suite 300, Iselin, NJ 08830 |
| 520432343 | + | Pro Capital, LLC, Attn: Shannon Burrini, Esq., 2500 McClellan Ave., Suite 200, Pennsauken, NJ 08109-4613 |
| 520432347 | #+ | Saiber LLC, Attn: John M. August, Esq., 18 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2266 |
| 520436400 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 520432351 | + | US Bank Cust PC7 Firstrust Bank, 50 South 16th St., Suite 2050, Philadelphia, PA 19102-2516 |
| 520432352 | + | US Bank Cust/Pro Cap III, LLC, 50 S 16th St., Suite 1950, Philadelphia, PA 19102-2516 |
| 520432353 | + | US Department of HUD, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 520432355 | + | Virtua Medical Group PA, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 520432356 | | Vitae Health of Illinois LLC, 415 W Golf Road, Suite 26, Arlington Heights, IL 60005-3923 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: law@ci.camden.nj.us | May 22 2026 21:35:00 | Michelle Banks-Spearman, City of Camden, City Hall, 520 Market Street, Suite 419, Camden, NJ 08102-1300 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 22 2026 21:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 22 2026 21:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520432321 | | Email/Text: Donna@ccmua.org | May 22 2026 21:35:00 | CCMUA, 1645 Ferry Street, Camden, NJ 08104 |
| 520432322 | | Email/Text: Donna@ccmua.org | May 22 2026 21:35:00 | CCMUA, 1645 Ferry Ave, Camden, NJ 08104 |
| 520438929 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2026 21:36:55 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520432323 | + | Email/Text: law@ci.camden.nj.us | May 22 2026 21:35:00 | City of Camden, Water & Sewer, c/o Office of |

| | | | |
|---|---|---|---|
| | | | City Attorney, 520 Market St. - Suite 419, Camden, NJ 08102-1300 |
| 520432327 | | Email/Text: bankruptcycourts@equifax.com | |
| | | May 22 2026 21:35:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 520432328 | ^ MEBN | | |
| | | May 22 2026 21:29:28 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520432329 | + Email/Text: ar@figadvisors.com | | |
| | | May 22 2026 21:36:00 | FIG 20, LLC FBO SEC PTY, PO Box 12225, Newark, NJ 07101-3411 |
| 520432332 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | May 22 2026 21:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520432333 | ^ MEBN | | |
| | | May 22 2026 21:30:48 | KML Law Group, P.C., Attn: Denise E. Carlon, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520432334 | ^ MEBN | | |
| | | May 22 2026 21:28:55 | Lakeview Loan Servicing, LLC, c/o M&T Bank, Po Box 840, Buffalo, NY 14240-0840 |
| 520432335 | | Email/Text: camanagement@mtb.com | |
| | | May 22 2026 21:35:00 | M&T Bank, P.O. 840, Buffalo, NY 14240-0840 |
| 520499056 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | May 22 2026 21:36:00 | Midland Credit Management, Inc. as agent for Midl, PO Box 2037, Warren, MI 48090-2037 |
| 520432337 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | May 22 2026 21:36:00 | Midland Credit Management. Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520432338 | + Email/PDF: cbp@omf.com | | |
| | | May 22 2026 21:36:34 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 520432340 | + Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | May 22 2026 21:35:00 | PHH Mortgage Corporation, Attn: Bankruptcy Dept., PO Box 24605, West Palm Beach, FL 33416-4605 |
| 520480820 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | May 22 2026 21:36:56 | Portfolio Recovery Associates, LLC, c/o Onemain Financial Group, LLC, POB 41067, Norfolk VA 23541 |
| 520432341 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | May 22 2026 21:36:56 | Portfolio Recovery Associates, LLC, c/o PC Richard, PO Box 41067, Norfolk, VA 23502 |
| 520432344 | ^ MEBN | | |
| | | May 22 2026 21:30:32 | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark, NJ 07101-0709 |
| 520432339 | + Email/Text: joey@rmscollect.com | | |
| | | May 22 2026 21:36:00 | Patients First, c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 520432342 | ^ MEBN | | |
| | | May 22 2026 21:32:20 | Pro Cap 8 FBO Firstrust Bank, Attn.: Shannon Burrini, Esq., 2500 McClellan Ave., Suite 200, Pennsauken, NJ 08109-4613 |
| 520432345 | + Email/Text: joey@rmscollect.com | | |
| | | May 22 2026 21:36:00 | Receivable Management Systems, Attn: Bankruptcy, Po Box 73810, N Chesterfield, VA 23235-8047 |
| 520432346 | + Email/Text: RASEBN@raslg.com | | |
| | | May 22 2026 21:35:00 | Robertson, Anschutz, Schneid & Crane LLC, Attn: Kimberly Wilson, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520432348 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | |
| | | May 22 2026 21:35:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520432349 | | Email/Text: tax@pennsauken.gov | |
| | | May 22 2026 21:34:00 | Township of Pennsauken, Attn: Tax Office, 5605 N. Crescent Blvd, Pennsauken, NJ 08110 |
| 520432350 | ^ MEBN | | |
| | | May 22 2026 21:29:40 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 520432354 | ^ MEBN | | |
| | | May 22 2026 21:31:35 | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |

District/off: 0312-1                                   User: admin                                          Page 3 of 3
Date Rcvd: May 22, 2026                               Form ID: 137                                       Total Noticed: 48
TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520497789 | * | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520450346 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026                           Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michelle Banks-Spearman | on behalf of Creditor City of Camden mispearm@camdennj.gov NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us |
| Thomas G. Egner | on behalf of Debtor Shirley Jane Simpson tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6