UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
Lakeview Loan Servicing, LLC

**Order Filed on May 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  24-20498 ABA

In Re:
Shirley Jane Simpson aka Shirly J. Simpson
Debtor

Chapter:  13

Hearing Date: 5/19/2026 @ 10:00 a.m.

Judge:  Andrew B. Altenburg Jr.

## ORDER CURING POST-PETITOIN ARREARS & RESOLVING CERTIFICATE OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED.**

**DATED: May 29, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Shirley Jane Simpson aka Shirly J. Simpson
Case No:  24-20498 ABA
Caption of Order:  ORDER CURING POST-PETITON ARREARS & RESOLVING CERTIFICATE OF DEFAULT

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Lakeview Loan Servicing, LLC, Matthew Fissel Esq. appearing, upon a certificate of default as to real property located at 5427 Burnwood Ave, Pennsauken Township, NJ, 08109, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Thomas G. Egner, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of May 4, 2026, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for regular mortgage payments due February 2026 through May 2026 as well as prior order payment due February 10, 2026, for a total post-petition default of $13,564.56 (4 @ $1,305.21; 1 @ $8,343.72); and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall sell the subject property by May 14, 2026, and pay off the final judgment amount, plus interest, advances, and costs thereon, in full; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its right to collect the post-petition and pre-petition arrears in the event the sale has not been completed by May 14, 2026; and

It is further **ORDERED, ADJUDGED and DECREED** that if the closing for the sale of the subject property has not occurred by May 14, 2026, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $250.00 for attorneys' fees which is to be paid directly by Debtor; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.