UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
Lakeview Loan Servicing, LLC

In Re:
Shirley Jane Simpson aka Shirly J. Simpson
Debtor

**Order Filed on May 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  24-20498 ABA

Chapter:  13

Hearing Date: 5/19/2026 @ 10:00 a.m.

Judge:  Andrew B. Altenburg Jr.

### ORDER CURING POST-PETITOIN ARREARS & RESOLVING CERTIFICATE OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: May 29, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Shirley Jane Simpson aka Shirly J. Simpson
Case No:  24-20498 ABA
Caption of Order:  ORDER CURING POST-PETITON ARREARS & RESOLVING CERTIFICATE OF DEFAULT

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Lakeview Loan Servicing, LLC, Matthew Fissel Esq. appearing, upon a certificate of default as to real property located at 5427 Burnwood Ave, Pennsauken Township, NJ, 08109, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Thomas G. Egner, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of May 4, 2026, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for regular mortgage payments due February 2026 through May 2026 as well as prior order payment due February 10, 2026, for a total post-petition default of $13,564.56 (4 @ $1,305.21; 1 @ $8,343.72); and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall sell the subject property by May 14, 2026, and pay off the final judgment amount, plus interest, advances, and costs thereon, in full; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its right to collect the post-petition and pre-petition arrears in the event the sale has not been completed by May 14, 2026; and

It is further **ORDERED, ADJUDGED and DECREED** that if the closing for the sale of the subject property has not occurred by May 14, 2026, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $250.00 for attorneys' fees which is to be paid directly by Debtor; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:

Shirley Jane Simpson

     Debtor

Case No. 24-20498-ABA

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Shirley Jane Simpson, 5427 Burwood Ave., Pennsauken, NJ 08109-4705

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Andrew B Finberg
     courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
     on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Matthew K. Fissel
     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Michelle Banks-Spearman
     on behalf of Creditor City of Camden mispearm@camdennj.gov
NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us

Thomas G. Egner
     on behalf of Debtor Shirley Jane Simpson tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: May 29, 2026                       Form ID: pdf903                                Total Noticed: 1

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6