UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    **Shirley Jane Simpson**

Case No.:    **24-20498**

Adversary No.:

Chapter:    **13**

Judge:    **ABA**

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    ____**Debtor**_____
(Example: John Smith, creditor)

Old address:    5427 Burwood Avenue
                Pennsauken, NJ 08109


New address:    517 W 6th Avenue
                Palmyra, NJ 08065


New phone no.::    _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    **July 22, 2026**

/s/ Thomas G. Egner
Signature

*rev. 8/1/2021*